IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| ALAN TODD MAY and § | |
| PROSPER OIL & GAS, INC. a/k/a § | Civil Action No.: |
| PROSPER ENERGY, INC. § | No.: 3:10-CV-0425-L |
| § | |
| § | |
| § | |
| Defendants. § | |

**APPENDIX TO SUPPLEMENTAL BRIEF
IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE
COMMISSION'S APPLICATION FOR PRELIMINARY INJUNCTION**

DATED: March 12, 2010        */s/ Toby M. Galloway*
                             TOBY M. GALLOWAY
                             Texas Bar No. 00790733
                             JASON C. RODGERS
                             Texas Bar No. 24005540
                             United States Securities and
                              Exchange Commission
                             Fort Worth Regional Office
                             801 Cherry Street, Suite 1900
                             Fort Worth, Texas 76102
                             (817) 978-6447
                             (817) 978-4927 (facsimile)
                             gallowayt@sec.gov
                             rodgersj@sec.gov

## INDEX

1. Amended Declaration of Ty Martinez ........................................................................ 1
2. EXH 1 Prosper Bank Activity Summary ................................................................... 5
3. EXH 2 Peoples State Bank Account Summary ........................................................... 6
4. Amended Declaration of Dawn Dandridge.................................................................. 7
5. EXH A Prosper Bank Activity Summary – Nov. to Dec. 2009.................................. 11
6. Declaration of Jon Pope (Investor) ........................................................................... 16
7. EXH A Emails from Alan Todd May ....................................................................... 19
8. Declaration of Terry Bryant (Court Reporter)............................................................ 23