IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:10-CV-425-L** |
| ALAN TODD MAY and PROSPER OIL & GAS, INC. a/k/a PROSPER ENERGY, INC., | § § § § § | |
| Defendants. | § § | |

**ORDER REGARDING PETITION NO. 29:
PETITION FOR ORDER AUTHORIZING PAYMENT OF
FEES AND EXPENSES INCURRED BY THE RECEIVERSHIP ESTATE**

Before the court is Petition No. 29: Petition for Order Authorizing Payment of Fees and Expenses Incurred by the Receivership Estate ("the Petition"), filed by the Receiver on May 31, 2012.  No response or objections to the Petition were filed.  After considering the petition, record, and applicable law, as well as the agreement of the United States Securities and Exchange Commission to the relief sought in the Petition, the court determines that the fees for services and costs incurred were reasonable and necessary, and that the Petition should be and is hereby **granted** as follows:

The Receiver is authorized to pay from Receivership Assets:

    a.    The amount of $19,845.00 to Kelly M. Crawford for services rendered from November 26, 2011 through May 25, 2012;

    b.    The amount of $36,562.95 to Scheef & Stone, L.L.P. for services rendered and $1,837.76 for expenses incurred from November 26, 2011 through May 25, 2012;

Order – Page 1

      c.      The amount of $58,474.90 to Warfield & Company, CPA's for services rendered and $4,145.41 for expenses incurred from October, 2011 through April, 2012.

      d.      The amount of $5,250.00 to Mike Harrell, Attorney-at-Law for services rendered from January 1, 2011 to December 31, 2011.

      e.      The amount of $1,868.50 to Dealey, Zimmermann, Clark, Malouf & Gray, P.C. for services rendered in October, 2011 through January, 2012 and $784.90 for expenses incurred for February, 2012.

**It is so ordered** this 21st day of June, 2012.

_____
Sam A. Lindsay
United States District Judge