IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:10-CV-425-L** |
| ALAN TODD MAY and PROSPER OIL & GAS, INC. a/k/a PROSPER ENERGY, INC., | § § § § § | |
| Defendants. | § § | |

**ORDER GRANTING RECEIVER'S CLOSING PETITION NO. 30:
PETITION FOR APPROVAL OF FINAL ACCOUNTING, AUTHORIZATION TO PAY
RECEIVERSHIP EXPENSES, REQUEST TO MAKE FINAL DISTRIBUTION
TO APPROVED CLAIMANTS, AND AUTHORIZATION TO
ACCOMPLISH ALL MATTERS NECESSARY TO CLOSE THE RECEIVERSHIP**

Before the court is the Closing Petition No. 30: Petition for Approval of Final Accounting, Authorization to Pay Receivership Expenses, Request to Make Final Distribution to Approved Claimants, and Authorization to Accomplish all Matters Necessary to Close the Receivership ("the Petition"), filed by the Receiver on May 31, 2012. No objections or responses to the Petition were filed. After considering the Petition, record and applicable law, the court determines the relief is just and reasonable, and that all necessary and appropriate matters have been resolved through the administration of this Receivership. The court appreciates the efforts of the Receiver in bringing this case to a close and determines that the Petition should be and hereby is **granted** as follows:

- The Receiver's Final Accounting, attached to the Petition as Exhibit A, is approved;

- The Receiver is authorized to pay the accrued fees and expenses for the six month period of November 26, 2011 through May 25, 2012, as summarized on Exhibit B to the Petition and as set forth in Petition No. 29;

- The Receiver is authorized to pay the administrative fees and expenses that will be incurred to close the receivership as listed on Exhibit C to the Petition;

- The Receiver is authorized to make those pro rata distributions totaling $700,000 to Approved Claimants totaling $700,000 as listed on Exhibit E to the Petition;

- The request by Defendant Alan May to receive $2,000 of money from the receivership to pay for tuition is hereby denied;

- The Receiver is authorized to close the receivership bank accounts after distributing the approved amounts to the Approved Claimants and after paying all approved fees and expenses;

- The Receiver is authorized to file with the Internal Revenue Service or any governmental agency any tax returns or compliance documents that may be requested;

- The Receiver is authorized to retain the books and records of the Receivership necessary to support the tax returns filed by the Receiver for a period of four years and thereafter destroy the books and records of the Receivership;

- The Receiver is authorized to destroy all books and records of the Receivership, not necessary to support the tax returns filed by the Receiver, after one year from the date of this order;

- All persons are hereby enjoined from commencing or prosecuting, without leave of this court, any action against the Receiver or his agents in connection with or arising out of the Receiver's service to this court in this Receivership;

- The Receiver's bond is hereby released, and the Receiver, his employees, agents, attorneys and assistants are hereby released from any and all further liability to the receivership estate, or its creditors, including the Arkansas Department of Finance, the Arkansas Oil and Gas Commission, and the Texas Railroad Commission, claimants, beneficiaries, or owners of the receivership estate; and

The court will retain jurisdiction over the receivership for all purposes.  **The court directs the clerk of the court to close this action.**

Order – Page 2

**It is so ordered** this 21st day of June, 2012.

_/s/ Sam A. Lindsay_
Sam A. Lindsay
United States District Judge