IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No.: 3:10-CV-425-L |
| § | |
| ALAN TODD MAY and PROSPER OIL & GAS, INC. a/k/a PROSPER ENERGY, INC., § § § § | |
| Defendants. § | |

## ORDER

Before the court is the Stipulation for Order of Dismissal With Prejudice as to Defendants Alan Todd May and Prosper Oil & Gas, Inc. a/k/a Prosper Energy, Inc., filed November 29, 2012. The court determines that the case should be dismissed, approves the Stipulation, and makes the following order:

**IT IS HEREBY ORDERED** that the Commission's claims against Defendants Alan Todd May and Prosper Oil & Gas, Inc. a/k/a Prosper Energy, Inc. for disgorgement, prejudgment interest, and civil penalties are hereby **dismissed with prejudice**.

**It is so ordered** this 4th day of December, 2012.

_____
Sam A. Lindsay
United States District Judge